IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE KITTERMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 18-CV-114-NJR-DGW |
| MICHAEL DUNNING, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

Plaintiff Shane Kitterman is proceeding on an Eighth Amendment claim against Defendant Michael Dunning in which he alleges that Officer Dunning fondled his genitals during a routine strip search at Shawnee Correctional Center (Doc. 7). In June 2018, Kitterman filed a motion seeking injunctive relief regarding the ineffective grievance process at Shawnee (Doc. 21). Magistrate Judge Donald G. Wilkerson entered a Report and Recommendation on August 24, 2018, in which he recommends mooting Kitterman's request for a temporary restraining order and denying Kitterman's request for a preliminary injunction (Doc. 46). Kitterman did not file an objection to the Report and Recommendation by the deadline (*see id.*).

Because no party has filed an objection, the undersigned need not undertake *de novo* review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*.") (emphasis added). *See also Thomas v. Arn*,

474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** in its entirety Magistrate Judge Wilkerson's Report and Recommendation, with a slight modification as to the ruling (Doc. 46). Kitterman's motion for injunctive relief (Doc. 21) is **DENIED.**

**IT IS SO ORDERED.**

DATED: September 17, 2018

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**